IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LAVARIOUS JONES                                                                                          PLAINTIFF

v.                                         Civil No. 4:19-cv-04139

SERGEANT GRIFFIE, Miller County Detention Center
("MCDC"); CAPTAIN ADAMS, MCDC; OFFICER
GOLDEN, MCDC; and CORPORAL MOORE, MCDC                                          DEFENDANTS

**ORDER**

Plaintiff Lavarious Jones filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 22, 2019. (ECF No. 1). Currently before the Court is Plaintiff's Motion of Complaint and Injunction to be Transferred. (ECF No. 28). Most of Plaintiff's Motion asserts claims of retaliation by staff of the Greene County, Arkansas, Jail, the facility Plaintiff is currently being housed. Those claims, and any relief Plaintiff requests with respect to retaliation, must be addressed in a separate lawsuit the Eastern District of Arkansas.

However, Plaintiff also complains that Green County Jail administration have not allowed him to view video footage associated with this case and the Court will **GRANT** the Motion in that regard.

By separate Order, the Court will direct jail administration to allow Plaintiff to view the video footage by July l7, 2020. Further, Plaintiff will be allowed to supplement his response to the Defendants' Motion for Summary Judgment by July 24, 2020, if needed after viewing the video footage.

IT IS SO ORDERED THIS 30th day of June 2020.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE

1