IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LAVARIOUS JONES                                                                                          PLAINTIFF

v.                                            Civil No. 4:19-cv-04139

SERGEANT GRIFFIE, Miller County Detention Center
("MCDC"); CAPTAIN ADAMS, MCDC; OFFICER
GOLDEN, MCDC; and CORPORAL MOORE, MCDC                              DEFENDANTS

## ORDER

To:  **SHERIFF STEVE FRANKS, GREENE COUNTY, ARKANSAS**

You are directed to assist the Plaintiff, Lavarious Jones, in viewing the flash drives sent to him by Defendants' Counsel, Jamie Huffman Jones, in connection with a pending Summary Judgment Motion.  The flash drives contain video evidence of importance to this case.  Plaintiff cannot respond fully to the Summary Judgment Motion without viewing the evidence.

You are directed to provide the Plaintiff with the necessary access to either a computer or some other means of viewing the evidence contained on the flash drives and to provide someone with enough technical knowledge to ensure the video is properly displaying on the monitor. Plaintiff should be provided with this opportunity by no later than **July 17, 2020.**  Plaintiff will need sufficient time to allow him a meaningful opportunity to view the videos and have the ability to make notes during the viewing.  Plaintiff may need to pause the videos and/or replay to view and understand its full contents.

The **Clerk** is directed to send this Order to Sheriff Steve Franks, 1809 N. Rockingchair Rd., Paragould, Arkansas  72450, by certified mail return receipt requested.

1

IT IS SO ORDERED this 30th day of June 2020.

    /s/ Barry A. Bryant
    HON. BARRY A. BRYANT
    UNITED STATES MAGISTRATE